1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MAILLIARD L. KING                    No. C-09-4468 TEH (PR)

12              Plaintiff,

13        v.                              ORDER OF TRANSFER

14   J.W. HAVILAND, Warden, et. al.,

15              Defendant(s).

16   _____/

17

18        Plaintiff, a prisoner incarcerated at California State

19   Prison in Solano, California, has filed a pro se civil rights

20   Complaint under 42 U.S.C. § 1983 alleging that Defendants violated

21   his constitutional rights.  See Doc. #1.

22        As Plaintiff acknowledges, see Doc. #1 at 3, a substantial

23   part of the events or omissions giving rise to the claim(s)

24   occurred, and all named Defendants reside, in Solano County, which

25   lies within the venue of the Eastern District of California.  See 28

26   U.S.C. § 84(b).  Venue therefore properly lies in the Eastern

27   District.  See id. § 1391(b).

28   //

United States District Court
For the Northern District of California

1        Accordingly, in the interest of justice and pursuant to 28

2   U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to

3   the United States District Court for the Eastern District of

4   California.

5        The Clerk shall transfer this matter and terminate all

6   pending motions as moot.

7

8

9        IT IS SO ORDERED.

10

11

12   DATED    09/09/09                    _____
                                          THELTON E. HENDERSON
13                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26   G:\PRO-SE\TEH\CR.09\King-09-4468-transfer-caed.wpd

27

28                                  2